Roger R. GRUEN, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7203.

United States Court of Appeals, Federal Circuit.

Nov. 3, 2011.

**ORDER**

The order of dismissal and the mandate dated 10/28/2011, 460 Fed.Appx. 923, 2011 WL 7447339, having been issued in error, the same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.

**DORMAN PRODUCTS, INC., Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,**

and

**Federal–Mogul Corp. and Federal–Mogul Worldwide, Inc., Appellees.**

No. 2011–1481.
Reexamination No. 95/000,429.

United States Court of Appeals, Federal Circuit.

Nov. 4, 2011.

**ORDER**

Upon further consideration, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED; the appeal is REINSTATED and the proceeding is hereby dismissed under Fed. R.App. P. 42(b).